## Felmly v. Michael et al.

*Justice of the peace—Trespass—Damages by automobiles—Jurisdiction—Amount—Judgment in excess of $100—Act of June 14, 1923.*

Section 36 of the Act of June 14, 1923, P. L. 718, amendatory of section 36 of the Act of June 30, 1919, P. L. 678, limits the jurisdiction of a justice of the peace in actions for damages arising from the operation of automobiles to $100.  Judgment for $300 and costs, in such case, is in excess of the jurisdiction of the justice and will be reversed upon *certiorari.*

*Certiorari.*  C. P. Northumberland Co., Sept. T., 1921, No. 675.

*M. E. Stroup,* of Harrisburg, Pa., for exceptions; *J. P. Carpenter,* contra.

LLOYD, J., June 30, 1924.—This case is before us on *certiorari* and exceptions to the record of Thomas L. Mort, a justice of the peace.

Section 36 of the Act of June 14, 1923, P. L. 718, amendatory of section 36 of the Act of June 30, 1919, P. L. 678, limits the jurisdiction of the justice of the peace, in actions for damages arising from the operation of automobiles, to $100.  An examination of the records in the case shows a suit for damages arising out of the alleged negligence in the operation of an automobile and a judgment thereon of $300 and costs.  As this amount was clearly in excess of the jurisdiction of justice, the *certiorari* must, for that reason alone, be sustained.

This conclusion precludes the necessity for further discussion.

And now, June 30, 1924, the *certiorari* is sustained and the judgment of the justice of the peace is hereby reversed.

From C. M. Clement, Sunbury, Pa.